UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LAMON TANEAL HEMINGWAY, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-CV-30 RLW |
| NINA HILL, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for an additional sixty (60) days to pay the initial partial filing fee of $1.70. The Court will grant plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time of sixty (60) days to pay his initial partial filing fee of $1.70 [Doc. #11] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall pay an initial filing fee of $1.70 within sixty (60) days of the date of this Memorandum and Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the initial partial filing fee within sixty (60) days of the date of this Order, then this case will be dismissed without prejudice.

Dated this 13th day of June, 2017

/s/ Ronnie L. White
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE